No. 94–7132. GOODEN *v.* BRERETON ET AL. C. A. 4th Cir. Certiorari denied. 

No. 94–7134. GRIFFIN *v.* ROBINSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 94–7135. KLOPP *v.* AVCO LYCOMING TEXTRON ET AL. C. A. 2d Cir. Certiorari denied.

No. 94–7137. HURT *v.* ROE, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 94–7139. HINES *v.* SETON HALL UNIVERSITY ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–7148. LAWRENCE *v.* ARMONTROUT, ASSISTANT DIRECTOR, MISSOURI DIVISION OF ADULT INSTITUTIONS. C. A. 8th Cir. Certiorari denied. 

No. 94–7150. PASCHAL *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 94–7152. WARREN *v.* MISSISSIPPI. C. A. 5th Cir. Certiorari denied.

No. 94–7153. CONWAY *v.* CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied. 

No. 94–7154. SMITH *v.* FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 94–7156. FULLER *v.* SCHAEFER, GOVERNOR OF MARYLAND, ET AL. C. A. 4th Cir. Certiorari denied. 

No. 94–7157. DEVIER *v.* THOMAS, WARDEN. C. A. 11th Cir. Certiorari denied. 

No. 94–7159. WILLIAMS *v.* GODINEZ, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied. 

No. 94–7161. WESLEY *v.* VIRGINIA. Ct. App. Va. Certiorari denied.